UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-1372-CAS(CWx) | | Date | February 6, 2013 |
|---|---|---|---|---|
| Title | MARILYN LAWRENCE v. DANIEL SADEK DBA QUICKLOAN FUNDING, INC.; ET AL. | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **February 27, 2013** why this action should not be dismissed for lack of prosecution **as to defendants EXECUTIVE TRUSTEE SERVICE, LLC, dba ETS SERVICE, LLC; and LLEANNA PETERSON, Erroneously Sued As ILEANNA PETERSON, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   A proof of service of summons on the first amended complaint and first amended complaint on **defendants EXECUTIVE TRUSTEE SERVICE, LLC, dba ETS SERVICE, LLC; and LLEANNA PETERSON, Erroneously Sued As ILEANNA PETERSON**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|   | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |